IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROY O. DANIELS,

Petitioner,

v.

DEPT. OF CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1912

Opinion filed November 3, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Roy O. Daniels, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Marcus O. Graper, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is denied on the merits.

ROWE, MAKAR, and KELSEY, JJ., CONCUR.